

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2022

No. 04-22-00777-CR

**EX PARTE** Cesar Alonso de **AVILA ESTRADA**,

From the County Court, Kinney County, Texas
Trial Court No. 10443CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On November 21, 2022, the court reporter filed a notification of late record, stating that the reporter's record had not been filed because appellant had failed to request the record in writing. On November 28, 2022, appellant filed a letter in response to the court reporter's notification stating that appellant will not request a reporter's record. We therefore deny the motion as moot.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court